# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY VON SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>Defendant. | 1:05cv1109 AWI DLB<br><br>ORDER TO SHOW CAUSE |

On August 30, 2005, Plaintiff, proceeding pro se, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. On September 6, 2005, the Court issued a Scheduling Order. The Scheduling Order states that within 20 days of filing the complaint, Plaintiff shall serve the summons, a copy of the complaint, the notice and form of consent to proceed before the magistrate judge, and a copy of the Scheduling Order on Defendant.

On April 12, 2006, after Plaintiff failed to serve the summons and complaint, the Court issued another summons and sent service documents to Plaintiff. Plaintiff was to fill out the forms and return them to the Court. He has failed to so do.

Therefore, Plaintiff is ordered to show cause, if any he has, why the action should not be dismissed for failure to comply with the September 6, 2005, Scheduling Order. Plaintiff is ORDERED to file a written response to this Order to Show Cause WITHIN twenty (20) days of

the date of this Order. If Plaintiff desires more time to complete service, he should so state in his response.

Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

**Dated: August 9, 2006** **/s/ Dennis L. Beck**
3b142a UNITED STATES MAGISTRATE JUDGE