# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY VON SUTTON, | ) | 1:05cv1109 AWI DLB |
| Plaintiff, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | (Document 10) |
| Defendant. | ) | |

On August 30, 2005, Plaintiff, proceeding pro se and in forma pauperis, filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits.

On September 25, 2006, the Magistrate Judge issued Findings and Recommendation that the complaint be dismissed for Plaintiff's failure to obey the Court's order and failure to prosecute the action. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

//

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued September 25, 2006, is ADOPTED IN FULL; and

2. The complaint is dismissed.

IT IS SO ORDERED.

**Dated:   November 3, 2006**          /s/ **Anthony W. Ishii**
0m8i78                                        UNITED STATES DISTRICT JUDGE